E-FILED
Monday, 30 September, 2019  10:55:47 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**PEORIA  DIVISION**

| | |
|---|---|
| BOB KING,<br>individually and on behalf of a class,<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY,   and<br>STATE FARM INSURANCE<br>COMPANIES HEALTH<br>REIMBURSEMENT ARRANGEMENT<br>PLAN FOR UNITED STATES<br>ELIGIBLE INDIVIDUALS,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     No. 1:19-cv-1120-JES-TSH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## FIRST AMENDED COMPLAINT  – CLASS ACTION

### INTRODUCTION

1.      Plaintiff Bob King brings suit under the Employee Retirement Income Security Act to obtain benefits promised to retired employees of defendant State Farm Mutual Automobile Insurance Company under the  State Farm Insurance Companies Health Reimbursement Arrangement Plan for United States Eligible Individuals.

### JURISDICTION AND VENUE

2.     This Court has jurisdiction under 29 U.S.C. §1132(e)-(f)  and 28 U.S.C. §1331.

3.     Venue in this District is proper because defendants are located here.

### PARTIES

4.      Plaintiff Bob King is a resident and citizen of Florida.

5.      Plaintiff Bob King is a retired employee of defendant State Farm Mutual Automobile Insurance Company.

6.      Plaintiff Bob King  is entitled to benefits under the  State Farm Insurance Companies Health Reimbursement Arrangement Plan for United States Eligible Individuals.

7.      Defendant State Farm Mutual Automobile Insurance Company is a corporation

1

with its principal place of business at One State Farm Plaza, Bloomington, IL 61710-0001.

8.   Defendant State Farm Mutual Automobile Insurance Company is the plan administrator and fiduciary for the State Farm Insurance Companies Health Reimbursement Arrangement Plan for United States Eligible Individuals.

9.   The State Farm Insurance Companies Health Reimbursement Arrangement Plan for United States Eligible Individuals is also made a party as provided for in  29 U.S.C. §1132(d).

## FACTS

10.   Effective on or about January 1, 2019, defendants published on the website applicable to the State Farm Insurance Companies Health Reimbursement Arrangement Plan for United States Eligible individuals a revised list of medical and dental expenses eligible for reimbursement under the Plan.  A copy of the list is attached as Exhibit A.

11.   During January 2019, after seeing the revised list and in reliance thereon, plaintiff contracted for dental work that was covered under the list.

12.   The work plaintiff contracted for, and many of the medical and dental services on the list, cannot be performed instantaneously.  Rather, the services require a course of treatment lasting weeks or months.

13.   Effective February 1, 2019, without advance notice, defendants replaced Exhibit A with another list, Exhibit B.

14.   Defendants then denied plaintiff's claims for the dental work contracted while Exhibit A was in effect.  A copy of the denial is in Exhibit C.

15.   Defendants refused to reimburse Plaintiff for the costs of his procedure and admitted that the content of Exhibit A was posted on the website "due to system error." A copy of that denial is in Exhibit D.

16.   The bills defendants refused to pay were covered by Exhibit A.

17.   Defendants have similarly failed to pay covered medical and dental bills of other persons entitled to benefits under the Plan.

2

18.     Defendants contracted to provide the benefits listed in Exhibit A.

19.     Defendants are estopped from denying benefits to persons who contracted for medical or dental services while Exhibit A was in effect.

## VIOLATION ALLEGED

20.     Plaintiff brings suit pursuant to 29 U.S.C. §1132, which provides:

(a) Persons empowered to bring a civil action

A civil action may be brought–

> (1) by a participant or beneficiary–
>
> > (A) for the relief provided for in subsection (c) of this section, or
> >
> > (B) to recover benefits due to him under the terms of his plan, to enforce his rights under the terms of the plan, or to clarify his rights to future benefits under the terms of the plan;
>
> (2) by the Secretary, or by a participant, beneficiary or fiduciary for appropriate relief under section 1109 of this title;
>
> (3) by a participant, beneficiary, or fiduciary (A) to enjoin any act or practice which violates any provision of this subchapter or the terms of the plan, or (B) to obtain other appropriate equitable relief (i) to redress such violations or (ii) to enforce any provisions of this subchapter or the terms of the plan;
>
> (4) by the Secretary, or by a participant, or beneficiary for appropriate relief in the case of a violation of 1025(c) of this title;
>
> (5) except as otherwise provided in subsection (b), by the Secretary (A) to enjoin any act or practice which violates any provision of this subchapter, or (B) to obtain other appropriate equitable relief (i) to redress such violation or (ii) to enforce any provision of this subchapter; . . .
>
> (8) by the Secretary, or by an employer or other person referred to in section 1021(f)(1) of this title, (A) to enjoin any act or practice which violates subsection (f) of section 1021 of this title, or (B) to obtain appropriate equitable relief (i) to redress such violation or (ii) to enforce such subsection; . . .

(g) Attorney's fees and costs; awards in actions involving delinquent contributions

> (1) In any action under this subchapter (other than an action described in paragraph (2)) by a participant, beneficiary, or fiduciary, the court in its discretion may allow a reasonable attorney's fee and costs of action to either party. . . .

(h) Service upon Secretary of Labor and Secretary of the Treasury

A copy of the complaint in any action under this subchapter by a participant, beneficiary,

3

or fiduciary (other than an action brought by one or more participants or beneficiaries under subsection (a)(1)(B) which is solely for the purpose of recovering benefits due such participants under the terms of the plan) shall be served upon the Secretary and the Secretary of the Treasury by certified mail. Either Secretary shall have the right in his discretion to intervene in any action, except that the Secretary of the Treasury may not intervene in any action under part 4 of this subtitle. If the Secretary brings an action under subsection (a) on behalf of a participant or beneficiary, he shall notify the Secretary of the Treasury.

## CLASS ALLEGATIONS

21.     Plaintiff brings suit on behalf of a class, pursuant to Fed.R.Civ.P. 23(a),

(b)(2) and (b)(3).

22.     The class consists of all participants and beneficiaries of the State Farm

Insurance Companies Health Reimbursement Arrangement Plan for United States Eligible

Individuals who present claims for services covered under Exhibit A that were not paid.

23.     The class is so numerous that joinder of all members is not practicable. On

information and belief, there are at least 40 members of each class.

24.     Defendant has applied a uniform policy or practice to the class as a whole, namely

issuing Exhibit A and then suddenly replacing it with Exhibit B.   Injunctive relief is necessary

with respect to the class as a whole.

25.     Plaintiff's claims are typical of the claims of the class members.  All are

based on the same factual and legal theories.

26.     Plaintiff will fairly and adequately represent the class members.  Plaintiff has

retained counsel experienced in class actions.

4

WHEREFORE, the Court should enter judgment in favor of plaintiff and the class and against defendants:

      i.      Requiring defendants to honor claims for services covered by Exhibit A;

      ii.     Entering judgment for unpaid benefits and contributions;

      iii.    Awarding attorney's fees, litigation expenses and costs of suit;

      iv.    Awarding prejudgment interest;

      v.     Granting such other and further relief as the Court deems proper.

/s/ Daniel A. Edelman
Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
Tara L. Goodwin
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service:  courtecl@edcombs.com

## JURY DEMAND

Plaintiff demands trial by jury.

/s/ Daniel A. Edelman
Daniel A. Edelman

T:\35893\Amended Complaint 9_6_2019_.wpd

5

**<u>EXHIBIT A</u>**

# YOUR **spending** ACCOUNT™
Retiree Health Reimbursement Account

✔ Eligible
✗ Ineligible
☐ Potentially Eligible

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

| Expense | Covered? | More Details |
|---|---|---|
| **Acne products - Products used for general hygiene such as facial wash, cleansers, toners, and medicated makeup** | ✗ | |
| **Acne products - Products specifically marketed for and used to treat acne** | ☐ | You must provide a prescription from a licensed health care professional. Products for general health purposes aren't eligible. |
| **Acupuncture - Treatment for a medical condition** | ✔ | |
| **Advance payments - Nonrefundable advance payments to a private institution for lifetime care, treatment, and training of a physically or mentally impaired dependent after the death or disability of a legal guardian** | ☐ | You must provide a statement of medical necessity from a licensed health care professional documenting the disability or mental impairment. |
| **Alcohol or drug addiction- Payments to a treatment center for alcohol or drug addiction, including meals and lodging** | ✔ | |
| **Allergy prevention products - Products purchased or used to alleviate allergies, such as a pillow, mattress, or vacuum** | ☐ | You must provide a statement of medical necessity from a licensed health care professional documenting the diagnosed allergy, that the product will help alleviate the allergy symptoms, and specifically states the type of speciality product being prescribed |
| **Allergy testing and shots** | ✔ | |
| **Ambulance service** | ✔ | |
| **Arch support - Supportive foot products prescribed by a doctor to treat a medical condition** | ☐ | You must provide a statement of medical necessity from a licensed health care professional  describing the medical condition. |
| **Artificial limbs** | ✔ | |
| **Automobile insurance premiums** | ✗ | |
| **Automobile modifications - Modifications include special hand controls and other equipment installed in an automobile for a person with a disability** | ☐ | You must provide a statement of medical necessity from a licensed health care professional documenting the disability. |

# YOUR spending ACCOUNT™
## Retiree Health Reimbursement Account

✔ Eligible
✕ Ineligible
☐ Potentially Eligible

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

| Expense | Covered? | More Details |
|---|---|---|
| **Birth control pills** - Prescribed birth control pills | ✔ | |
| **Birth control products** - Over-the-counter items such as home pregnancy tests, condoms, and ovulation monitors | ✔ | |
| **Birth control products** - Prescribed devices such as diaphragms, IUDs, and Norplant | ✔ | |
| **Birth control products** - Over-the-counter items such as gels and foams | ☐ | You must provide a prescription from a licensed health care professional. Products for general health purposes aren't eligible. |
| **Blood donation** - Costs associated with blood donation, including self-administered blood donations, storage fees, and processing fees | ✔ | |
| **Blood pressure monitors** - Costs include electronic monitors and replacement blood pressure cuffs | ✔ | |
| **Body scans** | ✔ | |
| **Bottled water** | ✕ | |
| **Braille books and magazines** - Costs are limited to those that exceed regular printed editions | ☐ | You must provide a receipt or advertisement with the price of the regular printed version of the book or magazine and a receipt of the Braille material. |
| **Breast augmentation** - Elective procedures that do not promote proper functioning of the body or prevent or treat an illness or disease. Examples include implants and injections | ✕ | |
| **Breast feeding classes** - | ✕ | |
| **Breast pumps** - Pump prescribed by a doctor for a medical reason | ✔ | |
| **Chelation therapy** - Therapy used to treat a medical condition, such as lead poisoning | ✔ | |

✔ Eligible
✘ Ineligible
☐ Potentially Eligible

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z

| Expense | Covered? | More Details |
|---|---|---|
| Childbirth classes - Classes necessary to reduce pain during labor and delivery (Lamaze, for example) | ✔ | Expenses related to parenting techniques, infant CPR, and breast feeding aren't eligible. |
| Chiropractor - Treatment for a medical condition | ✔ | |
| Christian Science practitioner - Expenses paid to a practitioner for medical care | ✔ | |
| COBRA premiums - Premiums for continuation of group medical, dental, or vision coverage | ✔ | |
| Contact lenses - Including cases and enzyme cleaners | ✔ | |
| Cosmetic services and products - Surgery that isn't medically necessary. Examples include liposuction, hair transplants, electrolysis, laser treatments, and face-lifts | ✘ | |
| Cosmetic services and products - Those necessary to improve a deformity related to a congenital abnormality or an injury resulting from an accident, trauma, or disfiguring disease (post-mastectomy reconstructive surgery, for example) | ☐ | You must provide a statement of medical necessity from a licensed health care professional documenting the deformity, disfigurement, or injury. The services and products must promote the proper functioning of the body or prevent or treat an illness, injury, or disease. |
| Counseling - Marriage or family counseling | ✘ | Other types of counseling, such as mental health and psychiatric services, are eligible. |
| Crutches | ✔ | |
| Dental coinsurance - Amounts not covered by your or your spouse's dental plans | ✔ | |
| Dental copayments - | ✔ | |
| Dental deductibles - Deductibles under your or your spouse's dental plans | ✔ | |

# YOUR spending ACCOUNT™
## Retiree Health Reimbursement Account

✔ Eligible
✗ Ineligible
☐ Potentially Eligible

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z

| Expense | Covered? | More Details |
|---|---|---|
| **Dental expenses** - Examples include fees for X rays, fillings, braces, extractions, crowns, and orthodontia | ✔ | |
| **Dental implants** - Fees for insertion of artificial tooth, bone grafting, and follow-up care | ✔ | |
| **Dental reasonable/customary** - Amounts not paid by a dental plan that exceed reasonable and customary limits | ✔ | |
| **Dentures** - Costs include dental fees, cleaning products, and adhesives | ✔ | |
| **Diabetic supplies** - Examples include over the counter insulin, needles, and testing strips | ✔ | |
| **Diaper service** - Cost for an agency that delivers and picks up cloth diapers | ✗ | |
| **Diapers (adult)** - Diapers necessary as a result of a medical condition | ✔ | |
| **Diapers (child)** | ✗ | |
| **Dietician services** - Fees paid to a dietician when referred by a doctor for treatment of a medical condition | ☐ | You must provide a statement of medical necessity from a licensed health care professional describing the medical condition, the service prescribed, and the length of treatment. Services for general health purposes aren't eligible. |
| **Disability construction costs** - Examples include constructing entrance or exit ramps, adding handrails, or modifying stairways at a personal residence for disability of an employee or dependent | ☐ | You must provide a statement of medical necessity from a licensed health care professional documenting the disability. |
| **Disability equipment** - Equipment installed in the home or car for use by a disabled employee or dependent | ☐ | You must provide a statement of medical necessity from a licensed health care professional documenting the disability. |
| **DNA testing** - DNA testing for paternal responsibility | ✗ | |

# YOUR spending ACCOUNT™
## Retiree Health Reimbursement Account

✔ Eligible
✗ Ineligible
☐ Potentially Eligible

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z

| Expense | Covered? | More Details |
|---|---|---|
| **Ear wax removal materials - Kits and ear drops prescribed by a doctor for a medical condition** | ☐ | You must provide a prescription from a licensed health care professional. Products for general health purposes aren't eligible. |
| **Earplugs - Plugs prescribed by a doctor for a medical condition** | ☐ | You must provide a statement of medical necessity from a licensed health care professional describing the medical condition, the product prescribed, and the length of treatment. Products for general health purposes aren't eligible. |
| **Erectile dysfunction - Non prescription medication, herbal remedies, and nutritional supplements** | ☐ | You must provide a prescription from a licensed health care professional. Products for general health purposes aren't eligible. |
| **Erectile dysfunction - Prescription medication to treat a medical condition** | ✔ | |
| **Exercise equipment - Equipment used for general health purposes or prevention of an undiagnosed disease** | ✗ | |
| **Exercise equipment - Equipment prescribed by a doctor for the treatment of a medical condition** | ☐ | You must provide a statement of medical necessity from a licensed health care professional describing the medical condition, such as a cardiac condition. Products for general health purposes aren't eligible. |
| **Eye examinations - For the treatment of illness or disease** | ✔ | |
| **Eye surgery - Surgery to correct defective vision** | ✔ | |
| **Eyeglass tinting and coating -** | ✔ | |
| **Eyeglasses - Costs include prescription glasses and nonprescription reading glasses** | ✔ | |
| **Flu shots** | ✔ | |
| **Fluoride treatment - Costs include installation and monthly rental charges of a home fluoride water unit, when recommended by a dentist** | ✔ | Products for general health or cosmetic purposes (such as mouthwash and toothpaste) aren't eligible. |

# YOUR spending ACCOUNT™
## Retiree Health Reimbursement Account

✔ Eligible
✗ Ineligible
☐ Potentially Eligible

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

| Expense | Covered? | More Details |
|---|---|---|
| **Food (prescribed) - Foods prescribed by a doctor to treat a medical condition. Examples are specialty baby formula and lactose-free foods. Costs are limited to those that exceed common versions of the product** | ☐ | You must provide a statement of medical necessity from a licensed health care professional describing the medical condition. You must also provide a receipt or advertisement with the price of the commonly available version of the food and a receipt for the prescribed food. |
| **Funeral and burial expenses** | ✗ | |
| **Future payments - Down payments or payments for services that have not been rendered or products not received** | ☐ | Lump-sum payments for future orthodontia services are an eligible exception. Once the service is rendered, an itemized bill indicating the service date is required for the expenses to be eligible. |
| **Hair regrowth treatment - Prescription and over the counter medication used for cosmetic purposes. Examples include products to treat male pattern baldness and the effects of aging** | ✗ | |
| **Hair regrowth treatment - Prescription and over the counter medication used to improve a deformity related to a congenital abnormality or an injury resulting from an accident, trauma, or disfiguring disease** | ☐ | You must provide a prescription from a licensed health care professional. Products for general health purposes aren't eligible. |
| **Health care supplies - Examples include band aids, gauze, elastic wraps and bandages, braces, and supports** | ✔ | |
| **Health club or YMCA dues - Individual membership and personal trainer fees when prescribed by a doctor to treat a specific medical condition** | ☐ | The intent of this expense is for a licensed medical provider or trainer to provide supervised care at a gym. You must provide a statement of medical necessity from a licensed health care professional describing the medical condition, the service or product prescribed, and the length of treatment. Family memberships must be itemized to represent the portion for the individual requiring the membership or personal trainer. Fees for annual contracts may be submitted after all services have been received. |

# YOUR spending ACCOUNT™
## Retiree Health Reimbursement Account

✔ Eligible
✕ Ineligible
☐ Potentially Eligible

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

| Expense | Covered? | More Details |
|---|---|---|
| **Health club or YMCA dues - Membership and personal trainer fees for general health or to relieve mental or physical stress not related to a specific medical condition** | ✕ | |
| **Hearing aids** | ✔ | |
| **Hearing coinsurance - Amounts not covered by your or your spouse's hearing plans** | ✔ | |
| **Hearing copayments** | ✔ | |
| **Hearing deductible - Deductibles under your or your spouse's hearing plans** | ✔ | |
| **Hearing expenses - Costs include examinations and hearing aid batteries** | ✔ | |
| **Hearing reasonable/customary - Amounts not paid by a hearing plan that exceed reasonable and customary limits** | ✔ | |
| **Hearing-impaired phone tools - Telephone equipment that allows a hearing-impaired person to communicate over a regular telephone** | ✔ | |
| **Hearing-impaired TV equipment - Equipment that displays the audio part of television programs as subtitles for a hearing-impaired person** | ✔ | |
| **Herbal remedies - Remedies prescribed by a doctor for a medical condition** | ☐ | You must provide a prescription from a licensed health care professional. Products for general health purposes aren't eligible. |
| **Hospital care - Inpatient care, including the cost of a private room** | ✔ | Fees for personal convenience items, such as a television, telephone, and concierge services, aren't eligible. |

# YOUR spending ACCOUNT™
## Retiree Health Reimbursement Account

☑ Eligible
✗ Ineligible
☐ Potentially Eligible

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z

| Expense | Covered? | More Details |
|---|---|---|
| **Household help - Expenses for help with physical housework, even if recommended by a doctor, due to an inability of the employee, dependent, or retiree** | ✗ | |
| **Human guide - Cost of a human guide to assist a physically, mentally, visually, or hearing impaired person** | ☐ | You must provide a statement of medical necessity from a licensed health care professional documenting the disability. |
| **Humidifiers - Cost of portable units prescribed by a doctor for treatment of a medical condition** | ☐ | You must provide a statement of medical necessity from a licensed health care professional describing the medical condition, the service or product prescribed, and the length of treatment. Services and products for general health purposes aren't eligible. |
| **Hypnosis - Hypnosis prescribed by a doctor for medical reasons** | ✔ | |
| **Illegal medical treatment - Including surgery** | ✗ | |
| **Immunizations** | ✔ | |
| **Ineligible expense - Not covered** | ✗ | |
| **Infertility - Treatments for infertility, including artificial insemination, in-vivo or in-vitro fertilization, embryo placement, egg and sperm storage, and ovulation monitors** | ✔ | |
| **IRMAA and late enrollment penalties** | ✔ | |
| **Laboratory and X ray fees** | ✔ | |
| **Laetrile - Anti-cancer drug** | ✗ | |
| **LASIK surgery** | ✔ | |
| **Lead-based paint removal - Costs for residences with children who have or had lead poisoning** | ✔ | |
| **Legal fees - Fees paid to authorize treatment for mental illness, excluding guardianship or estate management fees** | ✔ | |

# YOUR spending ACCOUNT™
## Retiree Health Reimbursement Account

✔ Eligible
✗ Ineligible
☐ Potentially Eligible

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z

| Expense | Covered? | More Details |
|---|---|---|
| Lens replacement insurance - Insurance to replace eyeglass or contact lenses | ✗ | |
| Life insurance premiums - Premiums paid for the following policies: life insurance, repayment for loss of earnings, and accidental loss of life, limbs, or sight | ✗ | |
| Lodging - Cost of lodging not provided in a hospital or similar institution while away from home if primarily for and essential to medical care (limited to $50 per person per night) | ☐ | The $50 limit is only applicable to the patient and caregiver ($100 max per night). You must provide a statement of medical necessity from a licensed health care professional documenting the medical condition. |
| Long-term care expenses – Professional fees | ✔ | Fees for doctors, therapists, and other medical practitioners are eligible, but fees for the long-term care facility (room and board) aren't eligible. |
| Long-term care facility fees - Fees for room and board at a long-term care facility | ✗ | |
| Long-term care premiums - Premiums paid on a policy for future long-term care needs | ✔ | |
| Massage therapy - Therapy to relieve stress or general health purposes | ✗ | |
| Massage therapy - Therapy prescribed by a doctor to treat an injury or trauma | ☐ | You must provide a statement of medical necessity from a licensed health care professional describing the medical condition, the service or product prescribed, and the length of treatment. Services and products for general health purposes aren't eligible. |
| Mastectomy-related products - Examples include breast prosthesis and specialty bras | ✔ | |
| Maternity care - Service and supplies from doctors, midwives, clinics, hospitals, and laboratories | ✔ | 3D and 4D ultrasounds aren't eligible. |
| Maternity clothes | ✗ | |

# YOUR spending ACCOUNT™
## Retiree Health Reimbursement Account

✔ Eligible
✗ Ineligible
☐ Potentially Eligible

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z

| Expense | Covered? | More Details |
|---|---|---|
| **Mattresses** - Mattresses prescribed by a doctor to treat a medical condition | ☐ | You must provide a statement of medical necessity from a licensed health care professional documenting the name of the speciality mattress and  that the mattress is necessary to treat a medical condition, injury, or illness and isn't for general health purposes. |
| **Medic alert identifications** - Bracelet or necklace prescribed by a doctor in connection with treating a medical condition | ✔ | |
| **Medical alert programs** - Expenses include installation of equipment and monthly monitoring fees | ☐ | You must provide a statement of medical necessity from a licensed health care professional documenting that the medical alert program is necessary to treat a medical condition, injury, or  illness and isn't for general health purposes. |
| **Medical coinsurance** - Amounts not covered by your or your spouse's medical plans | ✔ | |
| **Medical conference** - Admission and transportation costs | ✔ | |
| **Medical contract fees** - Fees paid for exclusive provider care (examples include concierge services, boutique fees, and retainer fees) | ✗ | |
| **Medical contract fees** - Preventative screenings and eligible health care services rendered may be covered with an itemized statement | ☐ | Once service is rendered, the expense may be eligible. You must provide an itemized bill indicating the patient name, date of service, description of service, and it must include the provider's usual/customary fee for the service rendered. Fees for future service aren't eligible. |
| **Medical copayments** | ✔ | |
| **Medical deductibles** - Deductibles under your or your spouse's medical plans | ✔ | |
| **Medical equipment** - Costs to buy or rent durable equipment prescribed by a medical practitioner to alleviate or treat a medical condition. Examples include medical beds, nebulizers, and sleep therapy devices | ✔ | |

# YOUR spending ACCOUNT™
## Retiree Health Reimbursement Account

✔ Eligible
✗ Ineligible
☐ Potentially Eligible

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

| Expense | Covered? | More Details |
|---|---|---|
| **Medical ineligible - Ineligible medical services** | ✗ | |
| **Medical information - Amounts paid to a medical information plan for storage and retrieval of medical information** | ✔ | |
| **Medical reasonable/customary - Amounts not paid by a medical plan that exceed reasonable and customary limits** | ✔ | |
| **Medical services - Services provided by doctors, surgeons, specialists, or other medical practitioners** | ✔ | |
| **Medical supplies - Over-the-counter items such as bandages, thermometers, and heating pads** | ✔ | |
| **Medicare Part B Premiums** | ✔ | |
| **Medicare Part D Premiums** | ✔ | |
| **Mental health - Includes psychoanalysis or amounts paid to a psychiatrist, psychologist, hospital, clinic, or mental health facility for medical care** | ✔ | Marriage or Family counseling is not eligible |
| **Mentally handicapped home - Costs of keeping a mentally handicapped person in a special home, as recommended by a psychiatrist, to help the person adjust from life in a mental hospital to community living** | ☐ | You must provide a statement of medical necessity from a licensed health care professional documenting that the special home or facility is necessary to assist the person in adjusting from life in a mental hospital to community living. |
| **Nursing or retirement home fee - Fees for medical services. Examples include fees for doctors, therapists, and other medical practitioners** | ✔ | |
| **Nursing or retirement home fee - Fees for custodial services. Examples include room and board** | ✗ | |

# YOUR spending ACCOUNT™
Retiree Health Reimbursement Account

✔ Eligible
✗ Ineligible
☐ Potentially Eligible

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

| Expense | Covered? | More Details |
|---|---|---|
| Nursing services - Wages and other amounts paid for nursing services to a patient at home or in a facility, such as a nursing home or rehabilitation center | ✔ | Home health care and private duty nursing are eligible. Fees for personal and household services aren't eligible. |
| Nursing services for newborns - Services by a nurse or attendant to care for a normal and healthy newborn at a hospital or at home | ✗ | |
| Nutritional supplements - Supplements prescribed by a doctor to treat a diagnosed medical condition | ☐ | You must provide a statement of medical necessity from a licensed health care professional describing the medical condition, the specific product prescribed, and the length of treatment. Services and products for general health purposes aren't eligible |
| Nutritional supplements - Supplements taken for general health purposes. Examples include protein supplements, energy bars, and sports drinks | ✗ | |
| Occupational therapy - Therapy received as medical treatment | ✔ | |
| Organ donor - Surgical, hospital, laboratory, and transportation expenses for an organ donor, if you paid the donor's expenses | ✔ | |
| Orthodontic fees - Orthodontic fees paid in a lump sum and in monthly installments | ✔ | |
| Orthopedic shoes and inserts - Shoes and inserts prescribed by a doctor for a medical condition. Costs are limited to those that exceed the cost of regular footwear | ☐ | You must provide a statement of medical necessity from a licensed health care professional describing the medical condition. You must also provide a receipt or advertisement with the price of the commonly available version of the product. |
| Over-the-counter medicine - Medications taken for general health purposes | ✗ | |
| Over-the-counter medicine - Medications taken to relieve pain, colds, and medical conditions | ☐ | You must provide a prescription from a licensed health care professional. Products for general health purposes aren't eligible. |

# YOUR **spending** ACCOUNT™
## Retiree Health Reimbursement Account

✔ **Eligible**
✘ **Ineligible**
☐ **Potentially Eligible**

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

| Expense | Covered? | More Details |
|---|---|---|
| **Oxygen or oxygen equipment - Costs for rental or purchased equipment to relieve breathing problems caused by a medical condition** | ✔ | |
| **Pain relievers** | ☐ | You must provide a prescription from a licensed health care professional. Products for general health purposes aren't eligible. |
| **Personal-use items - Includes toiletries and cosmetics** | ✘ | |
| **Personal-use items - Personal-use item used to prevent or ease a physical or mental defect or illness. Costs are limited to those that exceed common versions of the product** | ☐ | You must provide a statement of medical necessity from a licensed health care professional describing the medical condition. You must also provide a receipt or advertisement with the price of the commonly available version of the product. |
| **Physical examinations - Routine physical examinations and related charges** | ✔ | |
| **Physical therapy - Therapy prescribed by a doctor as treatment for a medical condition** | ✔ | |
| **Pregnancy Termination -** | ✔ | |
| **Premiums for dental insurance - Premiums paid on an after-tax basis for any type of dental insurance coverage, including premiums for private insurance not provided by an employer** | ✔ | You must provide proof that the premium is after-tax when a payroll or retirement statement is used to document the medical premium expense. Handwritten or verbal confirmation won't be accepted. |
| **Premiums for medical insurance - Premiums paid on an after-tax basis for any type of medical insurance coverage, including premiums for private insurance not provided by an employer** | ✔ | You must provide proof that the premium is after-tax when a payroll or retirement statement is used to document the medical premium expense. Handwritten or verbal confirmation won't be accepted. |
| **Premiums for vision insurance - Premiums paid on an after-tax basis for any type of vision insurance coverage, including premiums for private insurance not provided by an employer** | ✔ | You must provide proof that the premium is after-tax when a payroll or retirement statement is used to document the medical premium expense. Handwritten or verbal confirmation won't be accepted. |

# YOUR spending ACCOUNT™
## Retiree Health Reimbursement Account

✔ Eligible
✕ Ineligible
☐ Potentially Eligible

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z

| Expense | Covered? | More Details |
|---|---|---|
| **Premiums for prescription drug insurance - Premiums paid on an after-tax basis for any type of prescription drug coverage, including premiums for private insurance not provided by an employer** | ✔ | You must provide proof that the premium is after-tax when a payroll or retirement statement is used to document the prescription premium expense. Handwritten or verbal confirmation won't be accepted. |
| **Prenatal vitamins - Vitamins prescribed by a doctor for use during pregnancy** | ✔ | |
| **Prescription drugs - Exceptions may apply to drugs prescribed for cosmetic or general health purposes** | ✔ | Prescriptions prescribed by a licensed medical professional and used to treat a medical condition while traveling outside of the United States are eligible. Prescriptions purchased outside of the United States and shipped into the United States for use are not eligible, even if prescribed by a licensed medical professional in the United States. |
| **Prosthetics** | ✔ | |
| **Psychiatric care - Medical costs for psychiatric care** | ✔ | |
| **Psychiatric expenses - Includes psychoanalysis or amounts paid to a psychologist for medical care** | ✔ | |
| **Reading glasses - Non prescription reading glasses** | ✔ | |
| **Sales taxes - Sales and service taxes on eligible medical care or products** | ✔ | |
| **School (alternative) - Costs of sending a problem child to an alternative school for benefits the child may receive from the course of study and disciplinary methods. Examples include court-ordered programs** | ✕ | |
| **School payments for disabled - Expenses paid to an alternative school for a child with a severe learning disability if the main reason is using the school's resources to relieve the disability** | ☐ | You must provide a statement of medical necessity from a licensed health care professional documenting that the school is necessary to relieve the child's learning disability. |

# YOUR spending ACCOUNT™
## Retiree Health Reimbursement Account

| | |
|---|---|
| ✔ | Eligible |
| ✕ | Ineligible |
| ☐ | Potentially Eligible |

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z

| Expense | Covered? | More Details |
|---|---|---|
| **Service animals - Costs of obtaining and training a guide dog or other animal to provide assistance to a person with a disability** | ☐ | You must provide a statement of medical necessity from a licensed health care professional documenting the disability. |
| **Shipping - Charges to ship an eligible medical product** | ☐ | The shipping charges must be related to an eligible product. You may be required to provide a statement of medical necessity from a licensed health care professional describing the medical condition, the product prescribed, and the length of treatment. Shipping related to products for general health purposes aren't eligible. |
| **Social activities - Activities such as dancing or swimming lessons, even if recommended by a doctor for general health improvement** | ✕ | |
| **Speech therapy - Speech therapy costs when prescribed as treatment for a specific medical condition (such as autism, dyslexia, developmental delays, and rehabilitation)** | ✔ | |
| **Sterilization - Costs of sterilization (vasectomy or tubal ligation) and reversal of sterilization operations** | ✔ | |
| **Stop-smoking program - Prescription drugs and medical services to stop smoking** | ✔ | |
| **Stop-smoking program - Over the counter products used to stop smoking** | ☐ | You must provide a prescription from a licensed health care professional. Products for general health purposes aren't eligible. |
| **Sunscreen - Sunscreen and Sunblock with an SPF of 15 and higher are eligible** | ✔ | |
| **Sunglasses - Non prescription sunglasses prescribed by an eye doctor for light sensitivity** | ☐ | You must provide a statement of medical necessity from a licensed health care professional describing the medical condition, the product prescribed, and the length of treatment. Products for general health purposes aren't eligible. |

LIVETHEORANGELIFE.COM ▪ 1.800.555.4954

# YOUR spending ACCOUNT™

## Retiree Health Reimbursement Account

✔ Eligible
✗ Ineligible
☐ Potentially Eligible

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

| Expense | Covered? | More Details |
|---|---|---|
| **Support hose - Hose prescribed by a doctor for a medical condition** | ☐ | The hosiery must be primarily manufactured and marketed for the relief of a medical condition. However, hosiery primarily marketed for fashion isn't eligible. You must provide a statement of medical necessity from a licensed health care professional describing the medical condition, the product prescribed, and the length of treatment. |
| **Taxes - Social Security and Medicare taxes paid for a nurse, attendant, or other person who provides medical care** | ✔ | |
| **Teeth whitening or bonding - Costs include bleaching, special whitening toothpaste, and bonding of teeth. These expenses are always considered cosmetic and aren't eligible** | ✗ | |
| **Toothbrush - Any type of toothbrush, even if recommended by a dentist or orthodontist** | ✗ | |
| **Transgender services - Examples include hormone therapy, counseling, and surgery** | ☐ | You must provide a statement of medical necessity from a licensed health care professional |
| **Transportation expenses - Costs to receive medical care, including airfare, parking, tolls, taxis, rental cars, buses, gas for your car, or mileage** | ☐ | You must provide a statement of medical necessity from a doctor documenting the medical condition for any expense over $100 if no diagnosis has been submitted previously. Transportation expenses solely related to obtaining a prescription or purchasing over-the-counter items aren't eligible. |
| **Tutoring - Tutoring fees, recommended by a doctor, for a child who has severe learning disabilities caused by a mental or physical impairment, including nervous system disorders** | ☐ | You must provide a statement of medical necessity from a licensed health care professional documenting the medical condition. |
| **Umbilical cord storage - Costs to collect, freeze, and store umbilical cord blood only when a medical condition is present** | ☐ | You must provide a statement of medical necessity from a licensed health care professional describing the medical condition. Fees for storing umbilical cords when no diagnosed medical condition is present are ineligible. |
| **Uniforms** | ✗ | |

✔ Eligible
✗ Ineligible
☐ Potentially Eligible

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

| Expense | Covered? | More Details |
|---|---|---|
| **UVR treatments - Ultraviolet radiation treatments recommended by a doctor for a medical condition, such as chronic psoriasis** | ✔ | |
| **Vacation or travel - Time off or travel for general health purposes** | ✗ | |
| **Vaccinations - Amounts paid for vaccinations or immunizations against disease** | ✔ | |
| **Varicose vein surgery - Expenses associated with the removal of varicose veins, when prescribed by a doctor for treatment of a medical condition** | ☐ | You must provide a statement of medical necessity from a licensed health care professional describing the medical condition, the service or product prescribed, and the length of treatment. Services and products for general health purposes aren't eligible. |
| **Veneers - Fees for veneers, when covered by an insurance plan or recommended by a dentist as the only course of treatment** | ☐ | You must provide a statement from a dentist indicating that the veneers are not for cosmetic or general health purposes and are the only suitable course of treatment. |
| **Vision coinsurance - Amounts not covered by your or your spouse's vision plans** | ✔ | |
| **Vision copayments -** | ✔ | |
| **Vision deductibles - Deductibles under your or your spouse's vision plans** | ✔ | |
| **Vision expenses - Costs not covered by a vision plan** | ✔ | |
| **Vision reasonable/customary - Amounts not paid by a vision plan that exceed reasonable and customary limits** | ✔ | |
| **Vitamins - Taken for general health purposes** | ✗ | |
| **Vitamins - If prescribed by a doctor to treat a diagnosed medical condition; not eligible if simply taken for general health purposes** | ☐ | You must provide a statement of medical necessity from a licensed health care professional describing the medical condition, the specific product prescribed, and the length of treatment. Services and products for general health purposes aren't eligible |

# YOUR spending ACCOUNT™
Retiree Health Reimbursement Account

✔ Eligible
✘ Ineligible
☐ Potentially Eligible

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

| Expense | Covered? | More Details |
|---|---|---|
| Walking aids - Examples include canes, walkers, and crutches | ✔ | |
| Warranties - Warranties purchased for health-related equipment | ✘ | |
| Weight loss - Program for general health | ✘ | |
| Weight loss - Program prescribed by a doctor to treat a diagnosed medical condition | ☐ | Examples include medical costs and program fees for support groups and non-medically supervised programs such as Weight Watchers, NutriSystem, and Medifast. Food is often a part of these programs, however, the fees associated with food aren't eligible. You must provide a statement of medical necessity from a licensed health care professional describing the medical condition, the service or product prescribed, and the length of treatment. Services or products for general health purposes aren't eligible. |
| Wheelchair | ✔ | |
| Wigs - Wigs purchased with a doctor's recommendation for the mental health of a patient who has lost all of his or her hair from disease | ☐ | You must provide a statement of medical necessity from a licensed health care professional describing the medical condition, the product prescribed, and the length of treatment. Products for general health purposes aren't eligible. |
| Work transportation expenses - Transportation costs to and from work, even though a physical condition may require special means of transportation | ✘ | |
| Work-related medical expenses - Costs for an accident or illness not covered by workers' compensation or another medical plan | ✔ | |

**<u>EXHIBIT B</u>**

# YOUR spending ACCOUNT™
### Retiree Health Reimbursement Account



✔ Eligible
✘ Ineligible

| Expense | Covered? | More Details |
|---|---|---|
| **Medical coinsurance** - Amounts not covered by your or your spouse's medical plans | ✔ | |
| **Medical copayments** | ✔ | |
| **Medical deductibles** - Deductibles under your or your spouse's medical plans | ✔ | |
| **Medicare Part B Premiums** | ✘ | |
| **Medicare Part D Premiums** | ✔ | |
| **Premiums for dental insurance** - Premiums paid on an after-tax basis for any type of dental insurance coverage, including premiums for private insurance not provided by an employer | ✘ | |
| **Premiums for medical insurance** - Premiums paid on an after-tax basis for any type of medical insurance coverage, including premiums for private insurance not provided by an employer | ✔ | You must provide proof that the premium is after-tax when a payroll or retirement statement is used to document the medical premium expense. Handwritten or verbal confirmation won't be accepted. |
| **Premiums for vision insurance** - Premiums paid on an after-tax basis for any type of vision insurance coverage, including premiums for private insurance not provided by an employer | ✘ | |
| **Premiums for prescription drug insurance** - Premiums paid on an after-tax basis for any type of prescription drug coverage, including premiums for private insurance not provided by an | ✔ | You must provide proof that the premium is after-tax when a payroll or retirement statement is used to document the prescription premium expense. Handwritten or verbal confirmation won't be accepted. |
| **Prescription drugs** - Exceptions may apply to drugs prescribed for cosmetic or general health purposes | ✔ | Prescriptions prescribed by a licensed medical professional and used to treat a medical condition while traveling outside of the United States are eligible. Prescriptions purchased outside of the United States and shipped into the United States for use are not eligible, even if prescribed by a licensed medical professional in the United States. |

**<u>EXHIBIT C</u>**

# Account Summary

## Your Accounts

**State Farm Retiree Health Reimbursement Arrangement**

| | |
|---|---|
| 2018 Available Balance | $4,505.78 |

⚠ Submit prior year expenses by **03-31-2019**

| | |
|---|---|
| 2019 Available Balance | $8,936.12 |

 **Knowledge Center**

Want to learn more about Your Spending Account? Find out important information to help you manage your accounts at the Knowledge Center.

Find out more

## Recent Activity

| Date | Description | Amount |
|---|---|---|
| 01-27-2019 | **SMILEOLOGY** ❶ Denied | $1,838.63 |
| 01-24-2019 | **SMILEOLOGY** ❶ Denied | $396.00 |
| 01-24-2019 | **SMILEOLOGY** ❶ Denied | $51.00 |
| 01-24-2019 | **SMILEOLOGY** ❶ Denied | $1,838.63 |

The Reimburse Me App

- Paperless reimbursement
- View available balance
- Repay an overpayment
- Manage direct deposit

Get More Information ▶

Premium Auto-Reimbursement at Your Fingertips



- View future reimbursements
- Manage scheduled premiums
- Submit new premiums
- Learn about the process

View Now ▶

Tap Into The Reimburse Me App



- Paperless reimb
- View available b
- Repay an overp
- Manage direct d

Get Mor

View More Activity

Health Care

© 2019 Alight Solutions plc

# EXHIBIT D

REDACTED



April 3, 2019

Private and Confidential

Mr. Robert S. King

▮▮▮▮▮▮▮▮▮

Dear Mr. King:

This letter is in response to your claim received on March 4, 2019, requesting to receive reimbursement for the claim transaction number #937746775-3. State Farm Claims and Appeals Management has reviewed your claim. In reviewing your claim, we considered the information submitted with your written claim, the records at the State Farm Benefits Center, and the relevant plan provisions. For the reasons described below, your claim has been denied.

The following information can be found pages 8, 9 and 12 of the Retiree Health Reimbursement Arrangement Plan Summary Plan Description for United States Employees effective January 1, 2018, in pertinent parts:

### Health Reimbursement Arrangement (HRA) Account

The Company will establish and maintain an HRA account for Eligible Individuals. The HRA account will be a recordkeeping account for tracking contributions and reimbursement amounts.

- Crediting of Accounts: An HRA account will be credited based on the Company's determination of contributions, as detailed in the Contributions section.

- Debiting of Accounts: An HRA account will be debited during each Plan Year for any reimbursement of Covered Expense incurred during a Plan Year.

- Available Amount: The amount available for reimbursement of Covered Expenses is the amount credited to the HRA account reduced by any reimbursements that are debited.

### HRA Account Balances

HRA account balances can only be used to reimburse Covered Expenses incurred after the establishment of the HRA account. No other expenses are eligible for reimbursement. Claims for reimbursement of expenses incurred during the year must be made by March 31st of the following year.



394740053

Mr. Robert S. King
Page 2
April 3, 2019

## Covered Expenses

Covered expenses are limited to:

- Premiums that are paid for individual policies for:

    o   Medicare Supplement;
    o   Medicare Advantage; and/or,
    o   Medicare Prescription Drug Plans.

- Out-of-pocket prescription drug costs (e.g., prescription drug deductibles, coinsurance and copays); and

- Contributions that are paid on an after-tax basis for group medical coverage provided by another employer (e.g., contributions paid by your Dependent Adult for coverage provided by his or her employer) or individual policies purchased as a bridge between Medicare eligibility and the effective date of Medicare enrollment.

## Carryover

Funds that are not used by the end of the Plan Year will rollover to the following Plan Year.

You are requesting to receive reimbursement for claim transaction numbers # 937746775-3, under the 2019 State Farm Health Reimbursement Account Arrangement. Records indicate that you submitted claim transaction number # 937746775-3 on January 17, 2019. Under the terms of the Plan, the dental expenses are ineligible expenses and cannot be reimbursed. As a result, the claim transaction numbers # 937746775-3 was denied by the YSA team as ineligible expense. Therefore, your request to receive reimbursement for the claim transaction number #937746775-3 is denied.

Additionally, you have indicated in your request that you received a communication stating dental expenses would be eligible expense effective January 1, 2019. We have verified that this information was reflecting on the website due to system error. We apologize for any inconvenience caused due to this error. Please note the Expense List has been rectified and is available for review on the My State Farm Benefits Resource website.

While we understand the circumstances mentioned in your claim, Claims and Appeals Management is required to administer the Plan rules in a consistent, non-preferential manner.

A copy of the Health Reimbursement Arrangement Plan Summary Plan Description is posted on the My State Farm Benefits Resource website or you may call the State Farm Benefits Center to request a paper copy.

State Farm Claims and Appeals Management is charged with upholding the integrity of the State Farm health and welfare group benefit plans by fairly administering benefits to all associates. Decisions made must be fair and impartial to all associates. As there is no other option for appeal or extension available to you, this should be considered a final decision.

394740053

Mr. Robert S. King
Page 3
April 3, 2019

If you have any other general questions about your benefits, access the My State Farm Benefits Resource website at **http://resources.hewitt.com/statefarm** or call the State Farm Benefits Center toll-free at **1-866-935-4015**. The State Farm Benefits Center representatives are available between 7 a.m. and 6 p.m., Central time, Monday through Friday.

Sincerely,

Claims and Appeals Management

**Language Assistance**
Help is available in Chinese if you live in San Francisco County, CA. Please call 1-866-935-4015.

如果您居住在加州旧金山，可以获得中文协助。请于1-866-935-4015。

Help is available in Tagalog if you live in Aleutians West Census Area and Aleutians East Borough Counties in AK. Please call 1-866-935-4015.

Mayroong makukuhang tulong sa Tagalog kung ikaw ay nakatira sa Aleutians West Census Area at sa Aleutians East Borough Counties sa AK. Pakitawagan 1-866-935-4015.

Help is available in Navajo if you live in Apache County, AZ, McKinley County, NM, or San Juan County, UT. Please call 1-866-935-4015.

Tah dine'keh ji' yahti gho shi'ka a'dol wol niin ziin gho' Dziil ghaa ii beh woo'ji ha'ghii (Apache County, AZ), Hoozdoh ji doo, Yooto' altsi'gho ha'da'haasdzoo', ghii. (McKinley County, NM, or San Juan County, UT), ee 'dii koh'ji' Ho'dii ni 1-866-935-4015.

Help is available in Spanish. Please call 1-866-935-4015.

Se ofrece ayuda en español. Por favor, llame al 1-866-935-4015.

394740053